IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JESMAN YOUNG                                                        PLAINTIFF

V.                                            CAUSE NO. 5:21-CV-106-DCB-LGI

PIKE COUNTY, MISSISSIPPI                                            DEFENDANT

ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Pike County, Mississippi's ("Defendant") Motion for Judgment on the Pleadings [ECF No. 6]. Defendant filed this Motion on March 7, 2022. Plaintiff has thus far failed to respond.

Accordingly, within ten days of the date of this Order, Plaintiff must SHOW CAUSE and either Respond to the Motion or inform the Court that she does not intend to do so. Plaintiff is further warned that a failure to follow Court orders may result in monetary sanctions being imposed by the Court.

SO ORDERED this 26th day of August, 2022.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE